BERNIE GOODMAN, an Infant, by JENNIE GOODMAN, His Guardian ad Litem,
Appellant, v. FIFTH AVENUE COACH COMPANY, Respondent.— Judgment reversed
and new trial ordered, with costs to appellant to abide the event, on the ground
that a question of fact was presented to the jury as to whether the servant had

resumed his master's business at the time of the accident. Present — Clarke, P. J., Dowling, Smith, Page and McAvoy, JJ.; Clarke, P. J., and Dowling, J., dissenting.